■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EXANTHERAS NUNN, Appellant. [748 NYS2d 690] —Appeal by the defendant from a judgment of the County Court, Nassau County (Honorof, J.), rendered April 16, 2001, convicting him of criminal possession of stolen property in the fifth degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The defendant failed to establish that he had a legitimate expectation of privacy in the stolen printer. Thus, he lacked standing to challenge the validity of the search of the printer (*see People v Ramirez-Portoreal,* 88 NY2d 99, 108-109; *People v Walker,* 192 AD2d 734, 735; *People v Jaime,* 171 AD2d 884, 885; *People v Metz,* 168 AD2d 515, 516).

The defendant's remaining contentions are without merit. Smith, J.P., McGinity, Luciano and Crane, JJ., concur.